IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

WILLIAM F. BAZE                                                    PLAINTIFF

    v.                          CIVIL NO. 07-03048

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                     DEFENDANT

**O R D E R**

NOW on this the 2nd day of March 2009, the Court has before it for consideration Plaintiff's Motion for Attorney's Fees and Costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 (document #10).

For the reasons set forth in the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, on February 4, 2009 (document #13), to which no objections have been filed, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards Plaintiff's attorney fees in the amount of **$1,967.03,** representing 9 hours of work at a rate of $155.00 per hour, 7 paralegal hours at a rate of $75.00 per hour, and $47.03 in expenses.

This award should be paid directly to Plaintiff's counsel. See Ratliff v. Astrue, 540 F.3d 800, 802 (8th Cir. 2008). Further, this amount shall be paid in addition to, and not out of, any past-due benefits Plaintiff may be awarded in the future.

**AO72A**
**(Rev. 8/82)**

**IT IS SO ORDERED.**

      <u>**/s/Jimm Larry Hendren**</u>
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**